UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Velcro Industries, B.V.
and Velcro USA, Inc.</u>

    v.                                      Civil No. 04-cv-242-JD

<u>Taiwan Paiho Limited</u>

<u>PROCEDURAL ORDER</u>

In accordance with the discussions held during the final pretrial conference, the order of the court dated October 3, 2005, is amended to reflect the following new filing dates.

Each side shall submit a memorandum of law not to exceed fifteen pages setting forth its construction of the term "projections" in claim 1 of the '243 patent by October 7, 2005. Each side shall file a response, not to exceed five pages by October 11, 2005, if it chooses to do so.

SO ORDERED.

_____
Joseph A. DiClerico, Jr.
United States District Judge

October 4, 2005

cc: John L. DuPre, Esquire
    Colin C. Durham, Esquire
    Edward A Haffer, Esquire
    Gregory A. Madera, Esquire
    N. Scott Pierce, Esquire
    Arnold Rosenblatt, Esquire
    Mark C. Rouvalis, Esquire
    Craig R. Smith, Esquire
    Jeremy T. Walker, Esquire
    Benjamin D. Enerson, Esquire