UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Velcro Industries B.V.</u>
<u>and Velcro USA Inc.</u>

     v.                         Civil No. 04-cv-242-JD

<u>Taiwan Paiho Limited</u>


<u>PROCEDURAL ORDER</u>

On October 7, 2005, Paiho filed a motion to exclude the expert testimony of Scott Filion, as its counsel indicated it would do at the final pre-trial conference. Given the imminence of trial in this matter, Velcro shall file any objection to the motion by **noon** on **Friday, October 14, 2005.**

SO ORDERED.


_____
Joseph A. DiClerico, Jr.
United States District Judge

October 11, 2005

cc: John L. DuPre, Esquire
    Colin C. Durham, Esquire
    Edward A. Haffer, Esquire
    Gregory A. Madera, Esquire
    N. Scott Pierce, Esquire
    Arnold Rosenblatt, Esquire
    Mark C. Rouvalis, Esquire
    Craig R. Smith, Esquire
    Jeremy T. Walker, Esquire