UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Velcro Industries B.V.
and Velcro USA Inc.</u>

    v.                          Civil No. 04-cv-242-JD

<u>Taiwan Paiho Limited</u>

<u>PROCEDURAL ORDER</u>

The court commends the parties and counsel for their intensive as well as good faith efforts in arriving at a nontrial disposition of this case and several related cases.

The court also expresses its appreciation to the mediator, Attorney David Plant, for his very able work in guiding the parties to a mutual accommodation of their interests.

SO ORDERED.

                                            Joseph A. DiClerico, Jr.
                                            United States District Judge

October 17, 2005
cc:  John L. DuPre, Esquire
     Colin C. Durham, Esquire
     Benjamin D. Enerson, Esquire
     Edward A. Haffer, Esquire
     Gregory A. Madera, Esquire
     N. Scott Pierce, Esquire
     Arnold Rosenblatt, Esquire
     Mark C. Rouvalis, Esquire
     Craig R. Smith, Esquire
     Jeremy T. Walker, Esquire
     Brian T. Moriarty, Esquire
     David Plant, Esquire